IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSICA HICKLIN,<br><br>                      Plaintiff,<br><br>v.<br><br>GEORGE LOMBARDI,<br>              et al.,<br><br>                      Defendants. | Case No. 4:16-CV-01357-NCC |

## **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Jessica Hicklin, by and through her attorneys, moves this Court for the issuance of a preliminary injunction that: (1) directs Defendants to provide Ms. Hicklin with medically necessary treatment for gender dysphoria, including but not limited to providing her hormone therapy, access to permanent body hair removal, and access to gender-affirming canteen items, and (2) enjoining Defendants from enforcing the policies, customs, or practices that have served as a moving force behind their constitutional violations by denying inmates with gender dysphoria individualized medically necessary treatment and care, contrary to widely accepted standards of care and the recommendations of Ms. Hicklin's treating mental health professionals.

The grounds for this Motion are set forth in the accompanying Memorandum of Law. Plaintiff also respectfully refers the Court to her Complaint for Declaratory and Injunctive Relief, the Declaration of Dr. Randi C. Ettner, the Declaration of Dr. Meredith L. Throop, and the Declaration of Demoya R. Gordon.

Ms. Hicklin respectfully requests oral argument on this Motion, which will assist the Court in resolving the issues presented.

Date: April 4, 2017                                                  Respectfully submitted,

/s/ Kevin L. Schriener

Demoya Gordon*                                                   Kevin L. Schriener
Richard Saenz*                                                        Law & Schriener, LLC
LAMBDA LEGAL DEFENSE AND EDUCATION      141 N. Meramac Avenue, Suite 314
FUND, INC.                                                               St. Louis, MO 63105
120 Wall Street, 19th Floor                                     Phone: (314) 721-7095
New York, NY 10005-3919                                    Fax: (314) 863-7096
Phone: (212) 809-8585                                         kschriener@schrienerlaw.com
Fax: (212) 809-0055
dgordon@lambdalegal.org                                 Kyle A. Palazzolo*
rsaenz@lambdalegal.org                                    LAMBDA LEGAL DEFENSE AND EDUCATION
                                                                              FUND, INC.
                                                                              105 W. Adams, Suite 2600
                                                                              Chicago, IL 60603
                                                                              Phone: (312) 663-4413
                                                                              Fax: (312) 663-4307
*Admitted pro hac vice                                        kpalazzolo@lambdalegal.org

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Preliminary Injunction was made on April 4, 2017 via the Court's CM/ECF system to:

Henry F. Luepke, #38782MO
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO  63188
Tel: 314-340-7652
bud.luepke@ago.mo.gov

Attorney for Defendants George Lombardi, Dwayne Kempker, Ian Wallace, Cindy Griffith, Stan Payne, Scott O'Kelly, and Deloise Williams

J. Thaddeus Eckenrode, MoBar #31080
Kevin K. Peek, MoBar # 67440
Eckenrode-Maupin
11477 Olde Cabin Rd
Suite 110
St. Louis, MO 63141
Tel:  314-726-6670
Fax:  314-726-2106
jte@eckenrode-law.com
kkp@eckenrode-law.com

Attorneys for Defendants Corizon LLC, William McKinney, Glen Babich, T.K. Bredeman, Diana Larkin, Kimberley S. Randolph, Dawn Wade, Stormi Moeller, Shirley Eyman, Elizabeth Atterberry, and Kim Foster

    s/Kevin L. Schriener