# Exhibit A

CURRICULUM VITAE
# Meredith L. Throop

---

**Citizenship:** U.S.A.

**Social Security Number:** (Available upon request)

**Education:**

| | |
|---|---|
| 2004 - 2009 | Doctor of Medicine, Saint Louis University |
| 2000 - 2003 | Columbia University Post-baccalaureate Premedical Program, New York, New York |
| 1996 - 2000 | Amherst College, Amherst, Massachusetts |
| Spring 1999 | University of Cape Town, South Africa (semester study abroad) |
| 1990 - 1996 | John Burroughs School, Saint Louis, Missouri |

**Employment Experience:**

2015 - present   *Medical Director.* Places for People; Community Mental Health Center. This position entails the management and oversight of psychiatric and primary medical services throughout the organization, as well as individual patient medication management. Requires planning and direction of all aspects of the organization's medial policies and programs, supervision of all medical providers.

2014 – 2016   *Corizon Health.* Psychiatrist. On-site and tele-mental health psychiatrist with the Department of Corrections, mid and maximum level security. Missouri.

2009 – 2014   *Psychiatry Resident.* Department of Neurology and Psychiatry. Saint Louis University. Saint Louis, Missouri

2003 - 2004   *Clinic Administrator.* Private practice of Dr. Noel Maclaren. New York, New York
    Worked as the clinic administrator in the office of Endocrinologist/Diabetes Specialist.

2002 - 2003   *Volunteer.* Cornell Medical Center. New York, New York
    This job entailed assisting an Endocrinologist and his Nurse Practitioner; significant patient and family contact was involved.

2002   *Volunteer.* Mount Sinai Medical School. New York, NY
    Summer Internship; conducted patient interviews for a breast cancer research project.

2001   *Introduction to Traditional Medicine.* Child Family Health International. India
    Summer; volunteered in village clinics throughout Northern India. Studied traditional and integrated healing systems.

2001   *Rural Himalayan Rotation.* Child Family Health International. India
    Summer; volunteered in rural village clinics (allopathic) throughout Northern India.

2000   *Patient Interviewer.* Health South Surgery Center. Saint Louis, Missouri
    Conducted pre-surgical patient interviews.

CURRICULUM VITAE
# Meredith L. Throop

---

**Activities:**

| | |
|---|---|
| 2012-2013 | ***Bedside Diagnosis Course Preceptor.*** Saint Louis University Hospital<br>Helped introduce 2nd year medical students to the hospital environment, taught skills of medical history taking and physical diagnosis. |
| 2011 – 2013 | ***Women in Medicine Panelist.*** Saint Louis University School of Medicine<br>Spoke with medical students concerning aspects of psychiatry and women within the field. |
| 2011 | ***Caring Physician Award Nominee.*** Saint Louis University Hospital |
| 2010 | ***Death and Dying Course Instructor.*** Saint Louis University School of Medicine<br>Taught 2nd year medical students this course designed to introduce students to aspects of the broader environment in which medicine is practiced. |
| 2008 | ***Psychiatry Student Liaison.*** Saint Louis University School of Medicine<br>Available as a resource for 3rd year medical students interested in psychiatry. |
| 2006 – Present | ***Volunteer.*** Animal House Fund. Saint Louis, Missouri<br>A not-for-profit organization that is raising money to build a new, humane city shelter for stray animals utilizing environmentally friendly technology. |
| 2005 | ***Volunteer.*** ARCH Air Medical Service. Saint Louis, Missouri<br>Helicopter/air ambulance ride-along program. |
| 1996 – 1998 | Amherst College Varsity Swim Team. Amherst, Massachusetts |