# Exhibit B

```
AFS923C              COMPLETE MENTAL HEALTH HISTORY              PAGE:    71

DOC ID      OFFENDER
00527993    JAMES W HICKLIN
***** ASSESSMENT CONTINUATION FROM PREVIOUS PAGE *****
  a mental health score of 2.                                20150317 145049
PLAN
  P= Follow-up will be conducted as mental health services  20150317 145049
  are requested per the MSR                                  20150317 145049

TECH./MH    CAK000EMMH  CATHERINE A KLEIN

MSR DATE    TIME    COMPLAINT    ***********************************************
03/18/2015 10:38 A MH - REFERRAL TO PSYCHIATRIST

TECH/MH ENCOUNTER APPOINTMENT DATE 03/18/2015 TIME 12:00 P SHOW UP Y    PCC
SUBJECTIVE
  S= Refer to non-contact note this date.                    20150326 103953
OBJECTIVE
  O= Refer to non-contact note this date.                    20150326 103953
ASSESSMENT
  A= Refer to non-contact note this date.                    20150326 103953
PLAN
  P= Refer to non-contact note this date.                    20150326 103954

TECH./MH    CAK000EMMH  CATHERINE A KLEIN

MSR DATE    TIME    COMPLAINT    ***********************************************
03/18/2015 01:05 P MH - NON-CONTACT NOTE

TECH/MH ENCOUNTER APPOINTMENT DATE 03/18/2015 TIME 11:30 A SHOW UP Y    PCC
SUBJECTIVE
  S= This writer presented Offender's request to be seen by  20150320 123801
  Psychiatry for assessment of possible diagnosis to the     20150320 123801
  Treatment Team on this date at approximately 11:30 AM. The 20150320 123801
  Treatment Team agreed to refer Offender to Psychiatrist for 20150320 123801
  assessment.                                                20150320 123801
OBJECTIVE
  O= Documentation.                                          20150320 123801
ASSESSMENT
  A= None per non-contact.                                   20150320 123801
PLAN
  P= Offender to be scheduled and seen by Psychiatrist per   20150320 123801
  Offender's request.                                        20150320 123801

TECH./MH    CAK000EMMH  CATHERINE A KLEIN

MSR DATE    TIME    COMPLAINT    ***********************************************
03/18/2015 03:23 P PSYCHIATRIST - INITIAL EVALUATION

DOCTOR ENCOUNTER APPOINTMENT DATE  03/23/2015  TIME 12:45 P SHOW UP Y    PCC
SUBJECTIVE
  S: Mr. Hicklin is a 36yo CM who does not yet carry a mental 20150324 151027
  health diagnosis within the DOC system. He is seen today for 20150324 151028
  evaluation. Mr. Hicklin states that he identifies as female, 20150324 151028
```

EM 0111

AFS923C             COMPLETE MENTAL HEALTH HISTORY                    PAGE:    72

DOC ID      OFFENDER
00527993    JAMES W HICKLIN
***** SUBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****

| | |
|---|---|
| and has done so since the age of 8. As a child, he reports | 20150324 151028 |
| feeling greater comfort in the play styles and activities of | 20150324 151028 |
| his sisters and female classmates (dress-up, dolls), and a | 20150324 151028 |
| discomfort with contact sports such as football and hockey, | 20150324 151028 |
| which he was expected to pursue. He reports always feeling | 20150324 151028 |
| that his male anatomy was "wrong", and did not understand | 20150324 151028 |
| why he did not have female anatomy if he felt "female". In | 20150324 151028 |
| the romantic relationships he maintained as an adolescent, | 20150324 151028 |
| he states he always fit into the role as the (stereotypical) | 20150324 151028 |
| female. From a young age, he preferred the typically female | 20150324 151028 |
| attire, as it felt more appropriate. He endorses preferring | 20150324 151028 |
| the company of females as confidants and supporters | 20150324 151028 |
| throughout his childhood and adulthood. He admits that he | 20150324 151028 |
| was unaware as a child and adolescent what a | 20150324 151028 |
| "transgendered" | 20150324 151028 |
| person was, or that they had the option of transitioning, or | 20150324 151028 |
| living a life of the sex which they felt they were. He has | 20150324 151028 |
| never felt that he "embodied "the male gender in any way, | 20150324 151028 |
| and while not disgusted with his male anatomy, repeats that | 20150324 151028 |
| it always felt "incorrect" or "wrong". And in this way, | 20150324 151028 |
| never has found it possible to follow the male gender role. | 20150324 151028 |
| He does not express any interest in gaining benefit from | 20150324 151028 |
| cultural advantages of the female gender. Coming to terms | 20150324 151028 |
| with "who I really am" has caused him serious impairment of | 20150324 151028 |
| function in his daily life, most prominently within the | 20150324 151028 |
| prison system, and due to the fact that current cultural | 20150324 151028 |
| beliefs about gender roles tend to be more traditional, | 20150324 151028 |
| especially in the small town in which he was raised. He has | 20150324 151028 |
| been the target of several violent physical /sexual | 20150324 151028 |
| assaults, which he believes has been due to the fact that | 20150324 151028 |
| transgender culture is little understood and not generally | 20150324 151028 |
| accepted. He has been incarcerated since the age of 16, due | 20150324 151028 |
| to what he describes as a "drug deal gone bad". He admits to | 20150324 151028 |
| drug use as an adolescent as a means of easing the | 20150324 151028 |
| psychological pain he was experiencing. Pt is very involved | 20150324 151028 |
| in the legal aspects of his case, as well as well-versed in | 20150324 151028 |
| the legal rights of transgendered individuals. He believes | 20150324 151028 |
| that he may be released some time within this year or next. | 20150324 151028 |
| His end goal is to physically transition to the female | 20150324 151028 |
| gender, including cross-sex hormone treatment in the near | 20150324 151028 |
| future, as well as gender-reassignment surgery. Feels safe | 20150324 151028 |
| in his environment at this time. Denies any current feelings | 20150324 151028 |
| of depression or anxiety, but endorses having had episodes | 20150324 151028 |
| of depression in the past. Denies SI/HI. Denies AVH, ideas | 20150324 151028 |
| of reference, feelings of paranoia. No apparent delusions. | 20150324 151028 |
| No signs or symptoms consistent with a manic episode at this | 20150324 151028 |
| time or in the past. Denies feelings of anxiety that he is | 20150324 151028 |
| unable to manage. Pt states that the use of masculine or | 20150324 151028 |
| feminine pronouns are not of concern to him at this time, | 20150324 151028 |
| but does report that he is initiating legal name change. He | 20150324 151028 |

EM 0112

```
AFS923C                 COMPLETE MENTAL HEALTH HISTORY                  PAGE:    73

DOC ID     OFFENDER
00527993   JAMES W HICKLIN
***** SUBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****
understands, as well as appreciates, the significance of his   20150324 151028
past and current feelings concerning his gender and his        20150324 151028
gender role, as well as the physical and psychological         20150324 151028
issues of the future.                                          20150324 151028
OBJECTIVE
O:                                                             20150324 151028
General: Good hygiene and grooming. Hair worn in the           20150324 151028
traditionally female style. Cooperative, friendly.             20150324 151028
Speech: Nl r/v/t                                               20150324 151028
Mood: "I'm doing well"                                         20150324 151028
Affect: Euthymic, congruent with mood.                         20150324 151028
TP: GD, logical, appropriate.                                  20150324 151028
TC: Denies SI/HI. No apparent delusions.                       20150324 151028
Perception: Denies VAH                                         20150324 151028
Judgment/Insight: Good                                         20150324 151028
ASSESSMENT
A: Mr. (Ms.) Hicklin is a 36yo biologically (phenotypically)   20150324 151028
male Caucasion who carries a psychiatric diagnosis of Gender   20150324 151028
Dysphoria.                                                     20150324 151028
PLAN
P:
1. At this time, will make a referral for pt to be seen by
endocrinology for evaluation of cross-sex hormone txt.
Currently, hormone therapy (estrogen, testosterone blockers)
is the accepted treatment for individuals with Gender
Dysphoria diagnoses.
2. Pt was encouraged to cont processing psychological issues
related to his diagnosis with his counselor. He reports
comfort reaching out to the MH team if feeling unsafe in his
current environment.
3. Will f/u in 4-12 weeks, or sooner if needed, to assess
progress.
Addendum: Please note, that after researching DOC
protocols, it was found that endocrinology consult is NOT
the appropriate next step for psychiatry in the txt of
Gender Dysphoria. Endocrinology consult was not requested.

DOCTOR      MLT000EMMH   MEREDITH L THROOP

MSR DATE    TIME    COMPLAINT    *******************************************
05/27/2015 02:50 P  MH - NON-CONTACT NOTE

TECH/MH ENCOUNTER APPOINTMENT DATE 05/27/2015 TIME 11:30 A SHOW UP Y    PCC
SUBJECTIVE
S= Per request of Offender, Offender was discussed with the    20150527 145347
Treatment Team on this date for admission into the Chronic     20150527 145347
Care Clinic for mental health symptoms related to diagnosis    20150527 145347
of gender dysphoria (PTSD and anxiety). The Treatment Team     20150527 145347
agreed to this at approximately 11:45 AM on this date.         20150527 145347
OBJECTIVE
```

**EM 0114**

```
AFS923C                  COMPLETE MENTAL HEALTH HISTORY                PAGE:    74

DOC ID     OFFENDER
00527993   JAMES W HICKLIN
***** OBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****
 O= Documentation.                                              20150527 145347
ASSESSMENT
 A= None per non-contact with Offender.                         20150527 145347
PLAN
 P= Offender to be seen by Psychiatrist and QMHP regularly      20150527 145347
 for PTSD and anxiety symptoms.                                 20150527 145347

TECH./MH    CAK000EMMH   CATHERINE A KLEIN

MSR DATE     TIME    COMPLAINT   *********************************************
06/02/2015  08:47 A  PSYCHIATRIST - CHRONIC CARE/FOLLOW-UP

DOCTOR ENCOUNTER APPOINTMENT DATE  06/16/2015   TIME 01:15 P SHOW UP Y   PCC
 SUBJECTIVE
  Mr. Hicklin is a 36yo (assigned male, identifies as female)  20150617 055339
  who carries a psychiatric diagnosis of gender dysphoria.     20150617 055339
  This pt will be referred to with the pronouns he/his, as per 20150617 055339
  DOC protocol. He states that he has filed an IRR in response 20150617 055339
  the the DOC's decision to not offer cross-sex hormone txt.   20150617 055339
  He states that if this is rejected, he will pursue legal     20150617 055339
  action, and has a team of lawyers whose main interest in     20150617 055339
  trans-sexual rights. Feels very excited about the fact that  20150617 055339
  he has initiated legal change of name, and believes this     20150617 055339
  will be finalized in early July. Feels overall that staff    20150617 055339
  have been supportive and understanding of his situation. Has 20150617 055339
  been working hard with his counselor on issues of anxiety    20150617 055339
  that have arisen during this process, and feels he is making 20150617 055339
  good progress. Denies feelings of depression that he is      20150617 055339
  unable to manage, 'work through', no SI/HI. Continues to be  20150617 055339
  invested in his IT job. Sleep and app reported nl. Denies    20150617 055339
  AVH at any time. Denies inappropriate targeting or           20150617 055339
  mistreatment from others. Denies feeling unsafe in his       20150617 055339
  environment.                                                 20150617 055339
 OBJECTIVE
  O: (MH02) MENTAL HEALTH: FOLLOW UP FOR PSYCHIATRIC CLINIC VI 20150617 055339
  SYMPTOM CHECKLIST:_____   20150617 055339
  y Y/N APPETITE ADEQUATE:_____   20150617 055339
  y Y/N SLEEP ADEQUATE:_____   20150617 055339
  y Y/N ENERGY LEVEL APPROPRIATE FOR CLIENT:_____   20150617 055339
  y Y/N MOOD APPROPRIATE AND STABLE:_____   20150617 055339
  y Y/N ANXIETY PRESENT:      CONTROLLED : _ Y/N _y_____   20150617 055339
  y Y/N ABLE TO FEEL PLEASURE:_____   20150617 055339
  y Y/N COGNITIVE ABILITY INTACT:_____   20150617 055339
  y Y/N ABLE TO CONTROL/DIRECT THOUGHTS:_____   20150617 055339
  y Y/N REALITY TESTING INTACT:_____   20150617 055339
  n Y/N HALUCINATIONS ELICITED:_____   20150617 055339
  n Y/N DELUSIONAL STATEMENTS NOTED:_____   20150617 055339
  INSIGHT/JUDGEMENT: good_____   20150617 055339
  n Y/N SUICIDAL/HOMICIDAL/VIOLENT IDEATIONS PRESENT: _____   20150617 055339
  ***IF PRESENT, ABLE TO CONTROL IDEATIONS:_____   20150617 055339
```

EM 0117

| | | |
|---|---|---|
| AFS923C | COMPLETE MENTAL HEALTH HISTORY | PAGE:   75 |

```
DOC ID      OFFENDER
00527993    JAMES W HICKLIN
***** OBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****
  Y/N STATES SATISFACTION/COMFORT WITH CURRENT           20150617 055339
MEDICATIONS:n/a                                          20150617 055339
  S/E NOTED/STATED: n/a                                  20150617 055339
  Y/N STATES COMPLIANCE WITH MEDICATIONS: n/a            20150617 055339
CURRENT APPLICABLE LAB VALUES:                           20150617 055339
  Y/N CURRENT MEDICATIONS THERAPEUTIC:  n/a              20150617 055339
  n Y/N MEDICATION CHANGES INDICATED:                    20150617 055339
ASSESSMENT
  Mr. Hicklin is a 36yo (assigned male, identifies as female)   20150617 055339
  who carries a psychiatric diagnosis of gender dysphoria.      20150617 055339
PLAN
  P:
  1. As pt feels he continues to remain stable without
  psychiatric medications; will cont to monitor. Pt states he
  feels comfortable reaching out to MH staff if symptoms of
  anxiety worsen, or if feeling unsafe.
  2. Cont to work with counselor on processing stressors,
  utilizing healthy coping skills to manage anxiety, stress.
  3. Will f/u in 8-12 weeks, or sooner if needed, to assess
  progress.

DOCTOR        MLT000EMMH   MEREDITH L THROOP

MSR DATE     TIME    COMPLAINT   *******************************************
06/03/2015  02:55 P  QMHP - CHRONIC CARE ENCOUNTER

TECH/MH ENCOUNTER APPOINTMENT DATE 06/04/2015 TIME 02:00 P SHOW UP Y    PCC
SUBJECTIVE
  S= Offender seen on this date from approximately 2-2:45 PM     20150605 140427
  for a Chronic Care Encounter and to begin identifying ITP      20150605 140427
  goals. Offender does not take medications at this time and     20150605 140427
  denied S/H/I's and A/V hallucinations. Offender identified     20150605 140427
  the following goals he would like to work towards: Decrease    20150605 140427
  anxiety by learning additional coping skills and to            20150605 140427
  identify new triggers that contribute to increased anxiety.    20150605 140427
  This writer will type up goals and present to Offender at      20150605 140427
  next encounter for signature. Offender reported his sleep      20150605 140427
  the past four days has been very limited, stating he has       20150605 140427
  only slept approximately three hours each night. However,      20150605 140427
  he reported that he slept approximately 7 hours "last          20150605 140427
  night". Offender described his appetite as "good" and he       20150605 140427
  occupies his time by working in the computer lab, reading      20150605 140427
  and talking with family who he considers a good support        20150605 140427
  system, specifically his sister. Offender's level of care      20150605 140427
  will be raised to a 3 as this writer completed a               20150605 140427
  Classification Analysis - Mental Health Needs form on this     20150605 140427
  date and submitted it to the ICMHS.                            20150605 140427
OBJECTIVE
  O= Mental Status Examination.                                  20150605 140427
  Mood and affect: Normal/ appropriate.                          20150605 140427
```

**EM 0118**

| | | |
|---|---|---|
| AFS923C | COMPLETE MENTAL HEALTH HISTORY | PAGE:   79 |

```
DOC ID      OFFENDER
00527993    JAMES W HICKLIN
***** SUBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****
  increase in anxiety related to recent legal motions.         20150811 091430
  Offender and this writer discussed appropriate coping        20150811 091430
  skills and they were practiced. Offender denied S/H/I's and  20150811 091430
  A/V hallucinations. He reported poor sleep, averaging about  20150811 091430
  3 hours per night. Offender occupies his time by being a     20150811 091430
  dog handler, working on legal work and working in the        20150811 091430
  library.                                                     20150811 091430
OBJECTIVE
  O= Mental Status Examination.                                20150811 091430
  Mood and affect: Normal/ appropriate.                        20150811 091430
  Eye Contact: Good                                            20150811 091430
  Orientation: Oriented to person and place.                   20150811 091430
  Speech:Normal rate and tone.                                 20150811 091430
  Thought Processes: Clear and Logical.                        20150811 091430
  Attitude/ Demeanor: Cooperative.                             20150811 091430
  Insight/ Judgment: Fair.                                     20150811 091430
  Appearance/ Hygiene: Clean and neat.                         20150811 091430
  Level of Alertness: Alert. Perception: Fair.                 20150811 091430
ASSESSMENT
  Mr. Hicklin is a 36yo (assigned male, identifies as female)  20150811 091430
  who carries a psychiatric diagnosis of gender dysphoria per  20150811 091430
  Dr. Throop on 06/16/2015.                                    20150811 091430
PLAN
  P= Plan for offender will be to continue assessment, and     20150811 091430
  monitoring of offender's progress towards ITP goals and      20150811 091430
  monitoring of prevalent mental health concerns via Chronic   20150811 091430
  Care visits. Follow-up will be conducted as additional       20150811 091430
  mental health services are requested per the MSR.            20150811 091430

TECH./MH    CAK000EMMH  CATHERINE A KLEIN

MSR DATE    TIME    COMPLAINT  *************************************************
08/24/2015  12:43 P PSYCHIATRIST - CHRONIC CARE/FOLLOW-UP

DOCTOR ENCOUNTER APPOINTMENT DATE  08/26/2015   TIME 02:30 P SHOW UP Y    PCC
SUBJECTIVE
  Mr. (Ms.) Hicklin is a 36yo (assigned male, identifies as    20151020 120047
  female) who carries a psychiatric diagnosis of gender        20151020 120048
  dysphoria. Will use the male pronouns in this note, as per   20151020 120048
  current DOC protocol (not per societal norm). Pt comes for   20151020 120048
  f/u appt. He discusses the ongoing difficulties he's been    20151020 120048
  having concerning daily functioning. He states that he has   20151020 120048
  now changed his name legally to 'Jessica', which feels like  20151020 120048
  a step in a positive direction. However, continues to        20151020 120048
  experience much discomfort and anxiety surrounding his       20151020 120048
  assigned gender, and current gender role expectations. He    20151020 120048
  states that he experiences a great amount of anxiety and     20151020 120048
  discomfort concerning body hair, especially when it comes to 20151020 120048
  male pattern baldness that could be halted by hormone txt.   20151020 120048
  Also feels extremely discontent and uneasy with his deep     20151020 120048
```

```
AFS923C                COMPLETE MENTAL HEALTH HISTORY              PAGE:     80

DOC ID      OFFENDER
00527993    JAMES W HICKLIN
***** SUBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****
    voice. Sleep has been very poor 2/2 anxiety, feels he is       20151020 120048
    getting roughly 4 hrs nightly. Also has endured an 8 lb        20151020 120048
    weight loss over the past several months. He has been          20151020 120048
    experiencing irritability and decreased functioning at work    20151020 120048
    (states that his boss continues to ask him 'what's wrong').    20151020 120048
    He states that 'I know I'm supposed to be this woman, but I    20151020 120049
    just can't get there'. Feels extremely awkward and uneasy      20151020 120049
    due to the fact that he is unable to wear gender-affirming     20151020 120049
    undergarments and use traditionally female hygiene products.   20151020 120049
    Despite this, pt feels he is able to continue utilizing his    20151020 120049
    coping skills to manage stress, anxiety, discontent he has     20151020 120049
    been experiencing 2/2 feeling intensely uncomfortable with     20151020 120049
    his biological (assigned) gender. Medications (anxiolytics,    20151020 120049
    sleep aids) were discussed, however pt declines at this        20151020 120049
    time. Denies SI/HI. Continues to look positively toward the    20151020 120049
    future. Denies feeling unsafe or 'targeted' by others,         20151020 120049
    however has been isolating more due to continued distress      20151020 120049
    over his experienced gender incongruity. Allowed pt to         20151020 120049
    process these feelings.                                        20151020 120049
OBJECTIVE
O: (MH02) MENTAL HEALTH: FOLLOW UP FOR PSYCHIATRIC CLINIC VI       20151020 120049
yYMPTOM CHECKLIST:_____         20151020 120049
 y Y/N APPETITE ADEQUATE:_____         20151020 120049
 y Y/N SLEEP ADEQUATE:_____         20151020 120049
 y Y/N ENERGY LEVEL APPROPRIATE FOR CLIENT:_____         20151020 120049
 y Y/N MOOD APPROPRIATE AND STABLE:_____         20151020 120049
 y Y/N ANXIETY PRESENT:    CONTROLLED :  Y/N _____         20151020 120049
 y Y/N ABLE TO FEEL PLEASURE:_____         20151020 120049
 y Y/N COGNITIVE ABILITY INTACT:_____         20151020 120049
 y Y/N ABLE TO CONTROL/DIRECT THOUGHTS:_____         20151020 120049
 y Y/N REALITY TESTING INTACT:_____         20151020 120049
 n Y/N HALUCINATIONS ELICITED:_____         20151020 120049
 n Y/N DELUSIONAL STATEMENTS NOTED:_____         20151020 120049
INSIGHT/JUDGEMENT: good_____         20151020 120049
 n Y/N SUICIDAL/HOMICIDAL/VIOLENT IDEATIONS PRESENT:_____         20151020 120049
 ***IF PRESENT, ABLE TO CONTROL IDEATIONS:_____         20151020 120049
   Y/N STATES SATISFACTION/COMFORT WITH CURRENT                     20151020 120049
MEDICATIONS:n/a                                                     20151020 120049
S/E NOTED/STATED:n/a_____          20151020 120049
   Y/N STATES COMPLIANCE WITH MEDICATIONS:n/a_____          20151020 120049
CURRENT APPLICABLE LAB VALUES:_____          20151020 120049
   Y/N CURRENT MEDICATIONS THERAPEUTIC:n/a_____          20151020 120049
 n Y/N MEDICATION CHANGES INDICATED:_____          20151020 120049
ASSESSMENT
    Mr. (Ms.) Hicklin is a 36yo (assigned male, identifies as       20151020 120049
    female) who carries a psychiatric diagnosis of gender           20151020 120050
    dysphoria. Will use the male pronouns in this note, as per      20151020 120050
    current DOC protocol (not per societal norm).                   20151020 120050
PLAN
 P:
```

**EM 0126**

```
AFS923C              COMPLETE MENTAL HEALTH HISTORY               PAGE:    81

DOC ID     OFFENDER
00527993   JAMES W HICKLIN
***** PLAN CONTINUATION FROM PREVIOUS PAGE *****
1. At this time, pt declines psychiatric medications
(anxiolytics, sleep aids), as he feels he has been able to
utilize his healthy coping skills to manage stress and
anxiety.
2. Cont to process feelings of discomfort/distress over his
experienced gender incongruity with counselor.
3.
4. It is the opinion of this provider that neglecting to
treat this pt with the currently accepted standards of care
for gender dysphoria as per the APA and WPATH SOC is
detrimental to his mental/emotional/psychiatric well-being.
Pt is deemed to have the full capacity to give informed
consent.
5. Will f/u in 4-12 weeks, or sooner if needed, to assess
progress. Will cont to monitor closely for safety concerns.

DOCTOR      MLT000EMMH   MEREDITH L THROOP

MSR DATE     TIME    COMPLAINT  *******************************************
09/03/2015 01:54 P QMHP - CHRONIC CARE ENCOUNTER

TECH/MH ENCOUNTER APPOINTMENT DATE 09/03/2015 TIME 02:30 P SHOW UP Y    PCC
SUBJECTIVE
  S= Met with Offender on this date from approximately 2:30 -   20150908 141107
  2:45 PM for a Chronic Care Encounter and to complete          20150908 141107
  Initial ITP with recommendation mentioned previously by       20150908 141107
  Offender in past CC notes. Offender identifies as a female    20150908 141107
  but will be referred to with the pronouns he/his, as per      20150908 141107
  DOC protocol. Offender does not take medications at this      20150908 141107
  time as he feels he is able to cope with high anxiety and     20150908 141107
  per his fear of being dependent on medications with a         20150908 141107
  history of drug abuse/ use. Offender discussed current        20150908 141107
  anxiety level at a "three or four" using a ten point scale    20150908 141107
  with ten being the most anxious he has ever felt. Offender    20150908 141107
  reproted he is becoming "more comfortable" with "who he is"   20150908 141107
  as he sits and continues to learn more about himself.         20150908 141107
  Offender denied S/H/I's and A/V hallucinations. Offender      20150908 141107
  reported he continues to struggle with sleep but that it is   20150908 141107
  "better" as he is sleepign approximately 4 to 5 hours each    20150908 141107
  night. Offender reported he continues to feel safe in         20150908 141107
  current environment. Offender and this writer completed       20150908 141107
  Initial ITP and signed it on this date. Offender discussed    20150908 141107
  recent legal change in name and that this is seen as          20150908 141107
  "progress".                                                   20150908 141107
  Offender's current level of care is continued.                20150908 141107
OBJECTIVE
  O= Mental Status Examination.                                 20150908 141107
  Mood and affect: Normal/ appropriate.                         20150908 141107
  Eye Contact: Good                                             20150908 141107
  Orientation: Oriented to person and place.                    20150908 141107
```

EM 0129

```
AFR06QT                    Department of Corrections              Page:    1
9:41:10              Medical & Accountability Records System      Date: 10/29/2015
                          Doctor Encounter Soap Notes
```

DOC ID:   527993     JAMES HICKLIN                                       TIME: A/P
SICK CALL COMPLAINT                                                       2:30  P
PSYCHIATRIST - CHRONIC CARE/FOLLOW-UP                                    MM/DD/CCYY
Nurse Id:  MLT000EMMH    MEREDITH L THROOP                               10/23/2015

**Subjective**
Mr. Hicklin (Ms) is a 36yo, (assigned male, identifies as           2015/10/28  204221
female) who carries a psychiatric diagnosis of                      2015/10/28  204221
gender dysphoria. Will use the male pronouns in this                2015/10/28  204221
note, as per current DOC protocol (not per                          2015/10/28  204221
societal norm). Patient states that his mood has been               2015/10/28  204221
"well." Anxiety is ongoing, as he awaits a response                 2015/10/28  204221
from a recent grievance he filed pertaining to treatment of         2015/10/28  204221
gender dysphoria. Sleep has been poor, appetite                     2015/10/28  204221
very low. Associated with some weight loss. Despite this, he        2015/10/28  204221
states that he feels he is "managing"                               2015/10/28  204221
without medications. Continues to utilize his healthy coping        2015/10/28  204221
skills to manage his stress and anxiety.                            2015/10/28  204221
Much of the focus of interview was on continued distress            2015/10/28  204221
pertaining to male attributes (body hair,                           2015/10/28  204221
lack of gender affirming canteen items, male attire). This          2015/10/28  204221
is baseline. Reports occasional feelings of                         2015/10/28  204221
helplessness. Denies SI/HI. Continues at his job working for        2015/10/28  204221
the TV station in computer programming,                             2015/10/28  204221
and has been successful with this. Feels he is being treated        2015/10/28  204221
with respect from others, has no current                            2015/10/28  204221
safety concerns. Denies AVH or other symptoms of psychosis.         2015/10/28  204221
No noted paranoia. Anxiety and                                      2015/10/28  204221
perseveration on current issues is persistent, however,             2015/10/28  204221
denies racing thoughts or other symptoms                            2015/10/28  204221
consistent with a manic episode.                                    2015/10/28  204221

**Objective**
O: (MH02) MENTAL HEALTH: FOLLOW UP FOR PSYCHIATRIC CLINIC VI        2015/10/28  204221
SYMPTOM CHECKLIST:                                                  2015/10/28  204221
n Y/N APPETITE ADEQUATE: _____                                    2015/10/28  204221
n Y/N SLEEP ADEQUATE: _____                                       2015/10/28  204221
n Y/N ENERGY LEVEL APPROPRIATE FOR CLIENT: _____                  2015/10/28  204221
n Y/N MOOD APPROPRIATE AND STABLE: _____                          2015/10/28  204221
y Y/N ANXIETY PRESENT:       CONTROLLED : Y/N _____               2015/10/28  204221
y Y/N ABLE TO FEEL PLEASURE: _____                                2015/10/28  204221
y Y/N COGNITIVE ABILITY INTACT: _____                             2015/10/28  204221
y Y/N ABLE TO CONTROL/DIRECT THOUGHTS: _____                      2015/10/28  204221
y Y/N REALITY TESTING INTACT: _____                               2015/10/28  204221
n Y/N HALUCINATIONS ELICITED: _____                               2015/10/28  204221
n Y/N DELUSIONAL STATEMENTS NOTED: _____                          2015/10/28  204221
INSIGHT/JUDGEMENT:  good                                            2015/10/28  204221
n Y/N SUICIDAL/HOMICIDAL/VIOLENT IDEATIONS PRESENT: _____         2015/10/28  204221
***IF PRESENT, ABLE TO CONTROL IDEATIONS: _____                   2015/10/28  204221
  Y/N STATES SATISFACTION/COMFORT WITH CURRENT                      2015/10/28  204221
MEDICATIONS:n/a                                                     2015/10/28  204221
S/E NOTED/STATED:n/a                                                2015/10/28  204221
  Y/N STATES COMPLIANCE WITH MEDICATIONS: n/a                       2015/10/28  204221
CURRENT APPLICABLE LAB VALUES: _____                              2015/10/28  204221
  Y/N CURRENT MEDICATIONS THERAPEUTIC:n/a                           2015/10/28  204221
n Y/N MEDICATION CHANGES INDICATED: _____                         2015/10/28  204221

**Assessment**
Mr. Hicklin (Ms) is a 36yo, (assigned male, identifies as           2015/10/28  204221
female) who carries a psychiatric diagnosis of                      2015/10/28  204222
gender dysphoria.                                                   2015/10/28  204222

**Plan**
P:                                                                  2015/10/28  204222
1. At this time, patient declined psychiatric medications           2015/10/28  204222
(anxiolytics, sleep aids), as he feels he has                       2015/10/28  204222
been able to utilize healthy coping skills to manage stress         2015/10/28  204222
and anxiety.                                                        2015/10/28  204222
2. Poor sleep and low appetite are persistent, discussed the        2015/10/28  204222
option of Remeron with patient. Will                                2015/10/28  204222
approach this again in the future.                                  2015/10/28  204222
3. Encouraged patient to continue to process feelings of            2015/10/28  204222

**EM 0133**

```
AFR06QT                    Department of Corrections              Page:    2
 9;41:10             Medical Accountability Records System        Date: 10/29/2015
                          Doctor Encounter Soap Notes

DOC ID:  527993     JAMES HICKLIN                                      TIME: A/P
SICK CALL COMPLAINT                                                     2:30  P
PSYCHIATRIST - CHRONIC CARE/FOLLOW-UP                                  MM/DD/CCYY
Nurse Id:  MLT000EMMH    MEREDITH L THROOP                             10/23/2015
```

Plan
discomfort/distress over his experienced                2015/10/28   204222
gender incongruity with his counselor.                  2015/10/28   204222
4. It is the opinion of this provider that neglecting to 2015/10/28  204222
treat patient with the currently accepted               2015/10/28   204222
standards of care for gender dysphoria, as per APA and WPATH 2015/10/28 204222
SOC is detrimental currently to his                     2015/10/28   204222
mental/emotional/psychiatric well being.                2015/10/28   204222
5. The patient is deemed to have full capacity to give  2015/10/28   204222
informed consent.                                       2015/10/28   204222
6. Will f/u in 4-12 weeks, or sooner if needed, to      2015/10/28   204222
assess progress. Will continue to monitor               2015/10/28   204222
closely for symptom changes or safety concerns.         2015/10/28   204222

**EM 0134**