UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| JESSICA HICKLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:16-CV-01357-NCC |
| GEORGE LOMBARDI, et al., | ) ) ) ) ) ) |
| Defendants. | ) |

# JOINT STATUS REPORT

Pursuant to the Court's April, 13, 2017 Order, Plaintiff Jessica Hicklin and Defendant Dwayne Kempker hereby file this Joint Status Report through undersigned counsel and state as follows:

1. Counsel for Ms. Hicklin and Defendant Kempker have conferred regarding the potential dismissal of Defendant Kempker.

2. Pursuant to this discussion, Plaintiff Jessica Hicklin is willing to dismiss Defendant Kempker from this case, without prejudice, based on Attorney Henry F. Luepke's representation that, even if Defendant Kempker is dismissed from the case, the Attorney General of Missouri will continue to serve as legal counsel for Defendant Kempker, will continue to accept service of process on Defendant Kempker's behalf, and will cooperate in all aspects of discovery directed at Defendant Kempker as part of this litigation.

3. Subject to this understanding, the parties agree to file a Stipulation of Dismissal of Defendant Dwayne Kempker without prejudice by May 8, 2017, unless instructed otherwise by this Court.

Respectfully submitted, this 1st day of May 2017,

s/ Demoya R. Gordon

Demoya R. Gordon*
Richard Saenz*
Lambda Legal Defense &
Education Fund, Inc.
120 Wall Street, Floor 19
New York, NY 10005
Tel:  212-809-8585
Fax:  212-809-0055
dgordon@lambdalegal.org
rsaenz@lambdalegal.org

Kyle A. Palazzolo*
Lambda Legal Defense &
Education Fund, Inc.
105 W. Adams, Suite 2600
Chicago, IL 60603
Tel: (312) 663-4413
Fax: (312) 663-4307
kpalazzolo@lambdalegal.org

Kevin L. Schriener, #35490MO
Law & Schriener, LLC
141 N. Meramec Avenue
Suite 314
St. Louis, MO 63105
Tel: (314) 721-7095
Fax: (314) 863-7096
kschriener@schrienerlaw.com

Attorneys for Plaintiff Jessica Hicklin

*Admitted pro hac vice

s/ Henry F. Luepke, III

Henry F. Luepke, #38782MO
Attorney General of Missouri
815 Olive Street
Suite 200
St. Louis, MO 63101
Tel: 314-340-7652
bud.luepke@ago.mo.gov

Attorney for Defendants George Lombardi, Dwayne Kempker, Ian Wallace, Cindy Griffith, Stan Payne, Scott O'Kelly, and Deloise Williams

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Joint Status Report was made on May 1, 2017 via the Court's CM/ECF system to:

Henry F. Luepke, #38782MO
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO  63188
Tel: 314-340-7652
bud.luepke@ago.mo.gov

Attorney for Defendants George Lombardi, Dwayne Kempker, Ian Wallace, Cindy Griffith, Stan Payne, Scott O'Kelly, and Deloise Williams

J. Thaddeus Eckenrode, MoBar #31080
Kevin K. Peek, MoBar # 67440
Eckenrode-Maupin
11477 Olde Cabin Rd
Suite 110
St. Louis, MO 63141
Tel:  314-726-6670
Fax:  314-726-2106
jte@eckenrode-law.com
kkp@eckenrode-law.com

Attorneys for Defendants Corizon LLC, William McKinney, Glen Babich, T.K. Bredeman, Diana Larkin, Kimberley S. Randolph, Dawn Wade, Stormi Moeller, Shirley Eyman, Elizabeth Atterberry, and Kim Foster


                                              __s/Demoya R. Gordon__