IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSICA HICKLIN,<br><br>                     Plaintiff,<br><br>v.<br><br>ANNE PRECYTHE,<br>      et al.,<br><br>                     Defendants. | Case No. 4:16-CV-01357-NCC |

## REQUEST FOR STATUS CONFERENCE

On May 22, 2018, the Court entered a Permanent Injunction stating, in part, "For as long as Ms. Hicklin remains in the custody of MDOC, Defendants shall provide Ms. Hicklin with care that her doctors deem medically necessary treatment for her gender dysphoria, including hormone therapy, permanent hair removal, and access to gender-affirming canteen items," *see* Dkt. 176.

The parties now dispute the scope of that injunction. Ms. Hicklin and the MDOC Defendants have attempted to resolve this issue among themselves and have thus far been unable to do so, and thus anticipate needing to resolve this issue through motion practice before the Court.

For these reasons, Ms. Hicklin and the MDOC Defendants respectfully request a status conference with the Court to take place on the morning of May 6, 2021, or otherwise at the Court's convenience, to ascertain the Court's schedule for briefing this issue.

Respectfully submitted this 4th day of May, 2021.

s/ *Rajin S. Olson*
Richard Saenz*
Lambda Legal Defense &
Education Fund, Inc.
120 Wall Street, Floor 19
New York, NY 10005
Tel:  212-809-8585
Fax:  212-809-0055
rsaenz@lambdalegal.org

Kara Ingelhart*
Lambda Legal Defense &
Education Fund, Inc.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Tel 312-663-4413, ext. 4328
Fax 312-663-4307
kingelhart@lambdalegal.org

Rajin S. Olson*
Robins Kaplan LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Tel:  612-349-8500
Fax:  612-339-4181
rolson@robinskaplan.com

Kevin L. Schriener, #35490MO
Law & Schriener, LLC
141 N. Meramec Avenue
Suite 314
St. Louis, MO 63105
Tel: (314) 721-7095
Fax: (314) 863-7096
kschriener@schrienerlaw.com

Attorneys for Plaintiff Jessica Hicklin
**Admitted pro hac vice*

s/ *Jeremiah J. Morgan*
Jeremiah J. Morgan, Mo. Bar #50387
Robert Schaeffer, Mo. Bar #69324
Assistant Attorneys General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO  63188
Tel: 314-340-7652
jeremiah.morgan@ago.mo.gov
robert.schaeffer@ago.mo.gov

Attorneys for Defendants Anne Precythe, Dwayne Kempker, Ian Wallace, Cindy Griffith, Stan Payne, Scott O'Kelly, and Deloise Williams