IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JESSICA HICKLIN,

    Plaintiff,

v.

ANNE PRECYTHE, et al.,

    Defendants.

Case No. 4:16-cv-1357 NCC

## MOTION TO WITHDRAW

Frederick Andrew Braunstein respectfully moves this Court for an order granting him leave to withdraw as counsel for Plaintiff and states as follows:

1.    Mr. Braunstein is no longer affiliated with Robins Kaplan LLP and no longer represents Plaintiff.

2.    Other counsel of record continue to represent Plaintiff in this matter.

Respectfully submitted,

*/s/ Frederick Andrew Braunstein*
Frederick Andrew Braunstein

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing motion was made on May 5, 2021 on all counsel of record via the Court's CM/ECF system.

/s/ Frederick Andrew Braunstein