UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSICA HICKLIN, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 4:16-CV-01357-NCC <br> ) |
| ANNE PRECYNTHE, JOAN REINKEMEYER, CINDY GRIFFITH, STAN PAYNE, SCOTT O'KELLY, L.P.C., LATOYA DUCKWORTH, and CORIZON, LLC., | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## SCHEDULING ORDER

**IT IS HEREBY ORDERED** that, at the request of the parties, this matter is set for oral argument on Plaintiff Jessica Hicklin's Motion to Enforce, or Alternatively, to Clarify, the Permanent Injunction (Doc. 205) on **June 23, 2021, at 11:00 AM** by videoconference. Each side shall be allotted twenty (20) minutes for arguments. Counsel of record will receive an email with a link to join the videoconference. Members of the public can listen to the proceedings by calling: 1-669-254-5252 and entering Meeting ID: 161 623 1271. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by telephone or video.

Dated this 17th day of June, 2021.

                                                                 /s/ Noelle C. Collins
                                                                 NOELLE C. COLLINS
                                                                 UNITED STATES MAGISTRATE JUDGE