# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JESSICA HICKLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:16-cv-01357-NCC |
| ANNE PRECYTHE, *et. al.*, | ) ) ) |
| Defendants. | ) |

## MOTION TO TERMINATE PROSPECTIVE RELIEF

Defendants Anne Precythe, Joan Reinkemeyer, Latoya Duckworth, Scott O'Kelly, Ian Wallace, Deloise Williams, Cindy Griffith, and Stan Payne ("MDOC Defendants"), respectfully move this Court to terminate the prospective relief granted in the Court's Memorandum and Order and Permanent Injunction ("Permanent Injunction") (Doc. 176), pursuant to 18 U.S.C. § 3626(b)(2). MDOC Defendants incorporate herein their Suggestions in Support of this Motion, which are filed separately.

MDOC Defendants respectfully request oral argument on this Motion to Terminate Prospective Relief.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

 /s/ *Jeremiah J. Morgan*
Jeremiah J. Morgan, Mo. Bar #50387
Deputy Attorney General - Civil
P.O. Box 899
Jefferson City, MO  65102-0899
Telephone No.: (573) 751-1800
Facsimile No: (573) 751-0774
E-mail: Jeremiah.Morgan@ago.mo.gov

Robert J. Schaeffer, Mo. Bar #69324
Assistant Attorney General
149 Park Central Square
Suite 1017
Springfield, MO  65806
Telephone No.: (417) 895-6567
Facsimile No: (417) 895-6382
E-mail: Robert.Schaeffer@ago.mo.gov

**Attorneys for Defendants**

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of July, 2021, the foregoing was filed and served through the Court's CM/ECF system upon all counsel of record.

                                           /s/ *Jeremiah J. Morgan*
                                           Jeremiah J. Morgan